UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                           Case No. 20-43521

NEVALYN SHAVONNE EDWARDS,           Chapter 7

             Debtor.                           Judge Thomas J. Tucker
_____/

**ORDER DENYING THE DEBTOR'S APPLICATION TO WAIVE
THE CHAPTER 7 FILING FEE**

       This case is before the Court on the Debtor's Application to Waive the Chapter 7 Filing Fee, filed March 10, 2020 (Docket # 6, the "Application"). The Court will not grant the Application, because it appears from Debtor's Schedules A/B and C (Docket # 1) that on the petition date, the Debtor had sufficient exempt assets from which to pay the filing fee, namely, 2018 and 2019 state tax refunds listed in Schedule A/B, line 28, in the total amount of $3,075.00.

       IT IS ORDERED that Debtor's Application to Waive the Chapter 7 Filing Fee (Docket # 6) is DENIED.

       IT IS FURTHER ORDERED that the filing fee must be paid in installments by the following dates:

           1st installment of $112.00 due:      March 27, 2020
           2nd installment of $112.00 due:     April 27, 2020
           last installment of $111.00 due:      May 27, 2020

**Signed on March 13, 2020**

                                                        /s/ Thomas J. Tucker
                                                        **Thomas J. Tucker**
                                                        **United States Bankruptcy Judge**